[No. 13825-1-I.   Division One.   February 25, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LAZARO
F. MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-01166-0, Terrence A. Carroll, J., entered
August 17, 1983. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Coleman and Grosse, JJ.

[No. 13518-0-I.   Division One.   February 25, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RODRIGO
P. MAGBULOS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-00615-3, David W. Soukup, J., entered
June 24, 1983. *Affirmed* by unpublished opinion per Wil-
liams, J., concurred in by Corbett, C.J., and Scholfield, J.

[No. 6965-2-II.   Division Two.   March 1, 1985.]

FIBRE FEDERAL CREDIT UNION, *Respondent,* v. DOUGLAS
M. DUFF, *Appellant.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 83-2-00136-7, Alan R. Hallowell, J.,
entered March 18, 1983. *Affirmed* by unpublished opinion
per Petrich, J., concurred in by Worswick, C.J., and Reed,
J.

[No. 6290-2-III.   Division Three.   February 28, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN
DOUGLAS KINARD, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 83-1-00102-1, Fred R. Staples, J.,
entered December 28, 1983. *Affirmed* by unpublished opin-
ion per Munson, J., concurred in by McInturff, A.C.J., and
Thompson, J.